UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVA RUTTEN,

                Plaintiff,

-against-

243 W HOSPITALITY LLC D/B/A
CHELSEA LIVING ROOM,

                Defendants.

25-CV-02358 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is aware that a mediation was held on July 14, 2025 and an agreement was reached on all issues.  The Clerk of the Court shall mark this action closed, subject to reopening by letter within 30 days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:    New York, New York
           July 17, 2025

                          _____
                          LORETTA A. PRESKA
                          Senior United States District Judge